Nov-26-01 01:26pm From-PAIGE J DONNELLY LTD 6512235474 T-251 P.02/03 F-828

FROM BASSFORD LOCKHART (MON) 11. 26' 01 13:02/ST. 13:01/NO. 4862759183 P 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Said Mohamud Samatar,

Plaintiff,

vs.

John Terrance Souvage,
Jensen Grain Co., a foreign corporation licensed to do business in the State of South Dakota, and The Scoular Company, a foreign corporation licensed to do business in the State of Nebraska,

Defendants.

Civil Action No. 01-1908 JMR/SRN

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the Rule 26 Report deadline may be, and hereby is extended until Friday, November 30, 2001.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/26/01

By Gregory P. Bulinski
Gregory P. Bulinski (License #1283X)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED NOV 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PAIGE J. DONNELLY, LTD

Dated: 11-26-2001

By [signature]

Mark L. Seeger
Paige J. Donnelly (License #23498)
Attorney for Plaintiff
900 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101-1162
(651)222-2797

**ORDER EXTENDING DEADLINE FOR RULE 16 REPORT**

**IT IS HEREBY ORDERED** that the deadline for filing of the Rule 16 Report is hereby extended until November 30, 2001.

**BY THE COURT:**

Dated: 11/27/01

[signature: Susan Richard Nelson]
Magistrate Judge of United States District Court

303830.WPD