UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Yussuf Hassan Mohamed,

Plaintiff,

v.

John Terrance Souvage,
Jensen Grain Co. and
The Scoular Company,

Defendants.

Civil No. 01-1907 PAM/~~JGL~~ SRN

---

Said Mohamud Samatar,

Plaintiff,

v.

John Terrance Souvage,
Jensen Grain Co. and
The Scoular Company,

Defendants.

Civil No. 01-1908 JMR/SRN

---

Ahmed Anianshe Mohamud,

Plaintiff,

v.

John Terrance Souvage,
Jensen Grain Co. and
The Scoular Company,

Defendants.

Civil No. 01-1909 MJD/~~JGL~~ SRN

---

FEB - 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Case No. 01-1907, having been assigned to Judge Paul A. Magnuson and Case Nos. 01-1908 and 01-1909 having been later assigned to Judges Rosenbaum and Davis, said matters being related cases;

**IT IS HEREBY ORDERED** that:

1. Case Nos. 01-1908 and 01-1909 be assigned to Judge Paul A. Magnuson and Magistrate Judge Susan Richard Nelson, and that case No. 01-1907 be referred to Magistrate Judge Susan Richard Nelson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

2. A copy of this order shall be placed in each of the above respective files.

Dated: February 1, 2002.

PAUL A. MAGNUSON
Judge of United States District Court

Dated: February 5th, 2002.

JAMES M. ROSENBAUM
Chief Judge of United States District Court

Dated: Feb 4, 2002.

MICHAEL J. DAVIS
Judge of United States District Court

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Paul M. Magnuson and Magistrate Judge Susan R. Nelson

NEW CASE INFORMATION 01-1908 PAM/SRN

Use this case information for all further filings.